■ In the Matter of DIMITRI W., a Person Alleged to be a Juvenile Delinquent. (Appeal No. 2.) [605 NYS2d 1000] —Appeal unanimously dismissed without costs *(see, Matter of Kyung C.,* 169 AD2d 721). (Appeal from Order of Sullivan County Family Court, Bivona, J.—Juvenile Delinquency.) Present—Callahan, J. P., Lawton, Doerr and Davis, JJ.